UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Toveka Baskerville, et al.
                    Plaintiff,
v.                                                    Case No.: 1:15−cv−03143
                                                      Honorable Virginia M. Kendall
M. Jolliff−Blake, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 7, 2016:

    MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Motion for reconsideration regarding order on motion for leave to file excess pages [74] is granted. Plaintiff's counsel inappropriately filed an oversized brief and a significantly oversized R. 56 statement in violation of the Court's rules. At the time of the filing, Plaintiff's counsel simultaneously filed a motion for leave to file the oversized brief and oversized R. 56 statement −− essentially asking the Court to permit the violation of the rules because it is necessary due to the complexity of the case. The Court granted the request in part in that the Court allowed for more pages and statements of undisputed facts but not to the extreme level of the filings. Plaintiff's counsel now asks the Court to reconsider its ruling because the briefs have been filed and he would need to redact and refile new briefs. Of course, doing so would be merely a ratification of Plaintiff's counsel's overt violation of the rules. Counsel should have filed a motion in advance of the filing of the brief asking for the relief he seeks. The rules are in place for a reason and must be followed in order to ensure efficiency in filing and in the review process. The Court, however, recognizes that the plaintiff should not be harmed due to his attorney's miscalculation and disregard for procedure and therefore reluctantly will permit the briefs and statements to stand. Plaintiff';s counsel is admonished that all filing rules shall be followed as the case proceeds and that any deviation from those procedures must be brought to the Court's attention by filing a motion in advance of the filing. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.